**Electronically Filed**
**Supreme Court**
**SCWC-29173**
**28-APR-2014**
**01:18 PM**

SCWC-29173

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE MATTER OF THE JACK WONG YUEN AND LEI YOUNG WONG YUEN
REVOCABLE LIVING TRUST DATED APRIL 22, 1996

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29173; T. NOS. 06-1-0019, 07-1-0001, and 07-1-0003)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.,
and Circuit Judge Wilson, assigned by reason of vacancy)

Petitioners/Respondents-Appellees' Application for Writ

of Certiorari, filed on March 14, 2014 is hereby rejected.

DATED:  Honolulu, Hawaiʻi, April 28, 2014.

Philip J. Leas,                    /s/ Mark E. Recktenwald
Calvert G. Chipchase
and Amanda M. Jones                /s/ Paula A. Nakayama
for petitioners
                                   /s/ Sabrina S. McKenna

                                   /s/ Richard W. Pollack

                                   /s/ Michael D. Wilson

